IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

HOBBY LOBBY STORES INC,                    *

                Plaintiff,               *
v.                                                              Case No.   7:25-cv-125 (LAG)
                                                               *
VALDOSTA MALL CORNERS, LLC,
                                                               *
               Defendant.
                                                               *
_____

## J U D G M E N T

       Pursuant to this Court's Order dated October 23, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

       This 23rd day of October, 2025.

                                  David W. Bunt, Clerk

                                  s/ Katie Logsdon, Deputy Clerk